IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION

United States of America

     v.                                2:11-cr-188

Sergio Valencia Mendez

                              ORDER

   There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 35) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.


Date: July 11, 2012                 _____s\James L. Graham_____
                                    James L. Graham
                                    United States District Judge